No. 335. PETER H. ANDERSON ET AL., PLAINTIFFS IN ERROR, *v.* NELS O. HULTBERG ET AL. In error to the Supreme Court of the State of Illinois. Motion to dismiss or transfer to summary docket submitted January 25, 1915. Decided February 23, 1915. *Per Curiam.*

Dismissed for the want of jurisdiction upon the authority of *Deming* v. *Carlisle Packing Co.*, 226 U. S. 102, 105; *Consolidated Turnpike* v. *Norfolk &c. Railway*, 228 U. S. 596, 600; see *White Star Mining Co.* v. *Hultberg*, 205 U. S. 540; *Anderson et al.* v. *Swedish Evangelical Mission Covenant of America et al.*, 235 U. S. 692. *Mr. Axel Chytraus, Mr. John J. Healy* and *Mr. E. Allen Frost* for the plaintiffs in error. *Mr. John Barton Payne, Mr. Silas H. Strawn, Mr. Harris F. Williams* and *Mr. James Hamilton Lewis* for the defendants in error.